| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>JUL 19 2024<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff - Appellee,<br><br>v.<br><br>ANGELO COREY STACKHOUSE,<br><br>        Defendant - Appellant. | No. 22-30177<br><br>D.C. No. 1:21-cr-00035-SPW-1<br>U.S. District Court for Montana, Billings<br><br>**MANDATE** |

The judgment of this Court, entered June 27, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                                      FOR THE COURT:

                                                      MOLLY C. DWYER<br>                                                      CLERK OF COURT