# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

September 30, 2024

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

    Re: Angelo Corey Stackhouse
        v. United States
        No. 24-5661
        (Your No. 22-30177)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on September 24, 2024 and placed on the docket September 30, 2024 as No. 24-5661.

Sincerely,

**Scott S. Harris**, Clerk

by

Emily Walker
Case Analyst